O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID McCANN, | ) | Case No. CV 12-04341 DDP (AJWx) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND EXPUNGE LIS PENDENS** |
| BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; et al., | ) ) ) ) ) | |
| Defendants. | ) | [Dkt. No. 8] |
| _____ | ) | |

    Presently before the court is Defendants' Motion to Dismiss Complaint and to Expunge Lis Pendens. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendants' motion was set for July 9, 2012. Plaintiff's opposition was therefore due by June 18, 2012. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss and expunge lis pendens, and GRANTS the motion.

IT IS SO ORDERED.

Dated: July 10, 2012

DEAN D. PREGERSON
United States District Judge